■ MILLER-GOLDEN, INC., Appellant, v IRG MANAGEMENT CORPORATION, Now Known as MILLER AUTOMATIC CORPORATION, Respondent. [812 NYS2d 930]—Appeal from a judgment of the Supreme Court (Meddaugh, J.), entered August 12, 2005 in Sullivan County, which, inter alia, partially denied plaintiff's motion for summary judgment.

Judgment affirmed, upon the opinion of Justice Mark M. Meddaugh.

Cardona, P.J., Crew III, Spain, Mugglin and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, without costs.